

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2020

No. 04-19-00707-CV

**JUBILEE ACADEMIC CENTER, INC.,**
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC, D/B/A ATHLOS ACADEMIES**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Laura Salinas, Judge Presiding

## O R D E R

Sitting:    Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Appellant's motion for an extension of time to file a motion for rehearing is granted. We order appellant's motion for rehearing, if any, due within 5 days of this order.

It is so **ORDERED** on April 13, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT